538

Paul GINSBURG, Appellant, v. CITIZENS FIDELITY BANK & TRUST COMPANY, C. R. Aley, W. R. Cobb, J. Matt Chilton, and William Marshall Bullitt, Charles I. Dawson, John E. Tarrant, R. Lee Blackwell, Thomas W. Bullitt, Warl S. Wilson, Thomas S. Dawson, Bernard H. Barnett, Richard M. Dawson, and Gerald Kirven, Doing Business as Bullitt, Dawson and Tarrant, Appellees.

No. 11407.

United States Court of Appeals Sixth Circuit. Feb. 18, 1952.

Paul Ginsburg, Pittsburgh, Pa., for appellant.

Bullitt, Dawson & Tarrant, Louisville, Ky., for appellees.

Before HICKS, Chief Judge, and ALLEN and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of the record, the briefs of the parties, and the argument of counsel in open court, and the court being duly advised,

Now, therefore, it is hereby ordered that the judgment of the District Court be and is hereby affirmed on the grounds set forth in said judgment. The foregoing makes unnecessary any determination of the motion to strike appellant's supplemental brief.

Fred C. HALL, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 12803.

United States Court of Appeals Ninth Circuit. Feb. 29, 1952.

Rehearing Denied May 6, 1952.

Freed, Gebauer & Freed, San Francisco, Cal. (Eli Freed, Emmett Gebauer and Scott Fleming, all of San Francisco, Cal., of counsel), for petitioner.

Ellis N. Slack, Acting Asst. Atty. Gen., Robert N. Anderson, George D. Webster, Carolyn Just, Sp. Assts. to Atty. Gen., for respondent.

Before STEPHENS and ORR, Circuit Judges, and McCORMICK, District Judge.

PER CURIAM.

The petitioner, taxpayer, is here seeking review of a Tax Court decision which was adverse to him. The Tax Court determined that the taxpayer is taxable in 1943 and 1944 rather than in 1942 on the value of corporate stock involved in a written contract whereby petitioner was employed by the corporation. We do not find that there was clear error in the Tax Court's Findings of Fact and Opinion as reported in 15 T.C. 195. However, we withhold approval of the Tax Court's comment in reference to payment for corporate stock under Ohio laws. The point was not before the court.

Affirmed.